

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Carolyn R.  Dawson v. Kevin Pakenham

Appellate case number:   01-19-00572-CV

Trial court case number:  19-CCV-064653

Trial court:                     County Court at Law No. 1 of Fort Bend County

Appellant's motion for stay of mandate is **denied.** TEX. R. APP. P. 18.1, 18.2.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                      Acting individually

Date:   __December 12, 2019_____